IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KALEI PROVOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   14-cv-1156 JPG/PMF |
| ) | |
| NEXTEL RETAIL STORES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Motion for Order to Dismiss with Prejudice (Doc. 52) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff. Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. There being no objections to the motion, the Court GRANTS the motion (Doc.52), DISMISSES this action with prejudice and without costs, and DIRECTS the Clerk of Court to enter judgment accordingly.

DATED: September 24, 2015

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE